UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>1.  Jose Antonio LUGO-GUERRERO, a/k/a "Fernando RIVERA-RODRIGUEZ," a/k/a "ALEX," a/k/a "Antonio Moraima;"<br>3.  Glendalee RODRIGUEZ;<br>5.  Jose CAMACHO, a/k/a "TRAGA;"<br>6.  Yeurys TEJEDA, a/k/a "SANTOS;"<br>9.  Jose NEGRON, a/k/a "Edwin PADILLA," a/k/a "Luisito BULTO;" and<br>13. Isis Y LUGO-GUERRERO, a/k/a "IZZY,"<br><br>Defendants | Criminal No. 1:17-CR-10066 IT<br><br>VIOLATIONS:<br><br>21 U.S.C. § 846<br>(Conspiracy to Distribute Controlled Substances)<br><br>18 U.S.C. § 924(c)<br>(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)<br><br>21 U.S.C. § 853<br>(Drug Forfeiture Allegation) |

## FIRST SUPERSEDING INDICTMENT

**COUNT ONE:**   (21 USC § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Heroin, Fentanyl, and Cocaine)

The Grand Jury charges that:

From in or about January of 2016, until on or about February 14, 2017, in the District of

Massachusetts and elsewhere,

1.  Jose Antonio LUGO-GUERRERO, a/k/a "Fernando RIVERA-RODRIGUEZ," a/k/a "ALEX," a/k/a "Antonio Moraima;"
3.  Glendalee RODRIGUEZ;
5.  Jose CAMACHO, a/k/a "TRAGA;"
6.  Yeurys TEJEDA, a/k/a "SANTOS;"
9.  Jose NEGRON, a/k/a "Edwin PADILLA," a/k/a "Luisito BULTO;" and
13. Isis Y LUGO-GUERRERO, a/k/a "IZZY,"

defendants herein, knowingly, intentionally, and unlawfully conspired and agreed together, and with others known and unknown, to distribute, and to possess with the intent to distribute, controlled substances, including but not limited to heroin, a Schedule I controlled substance; N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance; and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense described in Count One involved one kilogram or more of heroin, a Schedule I controlled substance; 400 grams or more of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance; and five kilograms or more of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Sections 841(b)(1)(A)(i), (ii), and (vi) apply to this offense.

It is further alleged that, with respect to Count One, one kilogram or more of heroin, a Schedule I controlled substance; 400 grams or more of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance; and five kilograms or more of cocaine, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by (1) Jose Antonio LUGO-GUERRERO, a/k/a "Fernando RIVERA-RODRIGUEZ," a/k/a "ALEX," a/k/a "Antonio Moraima;" and (3) Glendalee RODRIGUEZ. Accordingly, Title 21, United States Code, Sections 841(b)(1)(A)(i), (ii), and (vi) are applicable to defendants (1) Jose Antonio LUGO-GUERRERO, a/k/a "Fernando RIVERA-RODRIGUEZ," a/k/a "ALEX," a/k/a "Antonio Moraima;" and (3) Glendalee RODRIGUEZ.

It is further alleged that, with respect to Count One, 100 grams or more of heroin, a Schedule I controlled substance, and five hundred grams or more of cocaine, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by (5) Jose CAMACHO, a/k/a "TRAGA." Accordingly, Title 21, United States Code, Sections 841(b)(1)(B)(i) and (ii) are applicable to defendant (5) Jose CAMACHO, a/k/a "TRAGA."

It is further alleged that, with respect to Count One, 100 grams or more of heroin, a Schedule I controlled substance, and 40 grams or more of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by (9) Jose NEGRON, a/k/a "Edwin PADILLA," a/k/a "Luisito BULTO." Accordingly, Title 21, United States Code, Sections 841(b)(1)(B)(i) and (vi) are applicable to defendant (9) Jose NEGRON, a/k/a "Edwin PADILLA," a/k/a "Luisito BULTO."

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:** (18 U.S.C. § 924(c) – Possession a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury further charges that:

On or about November 3, 2016, at New Bedford, and elsewhere in the District of Massachusetts,

1. Jose Antonio LUGO-GUERRERO, a/k/a "Fernando RIVERA-RODRIGUEZ," a/k/a "ALEX," a/k/a "Antonio Moraima;"

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense described in Count One of this First Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(i).

**DRUG FORFEITURE ALLEGATION:** (21 U.S.C. § 853)

The Grand Jury further finds probable cause to believe that:

Upon conviction of the offense alleged in Count One of this Superseding Indictment,

1. Jose Antonio LUGO-GUERRERO, a/k/a "Fernando RIVERA-RODRIGUEZ," a/k/a "ALEX," a/k/a "Antonio Moraima;"
3. Glendalee RODRIGUEZ;
5. Jose CAMACHO, a/k/a "TRAGA;"
6. Yeurys TEJEDA, a/k/a "SANTOS;"
9. Jose NEGRON, a/k/a "Edwin PADILLA," a/k/a "Luisito BULTO;" and
13. Isis Y LUGO-GUERRERO, a/k/a "IZZY,"

defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense. The property to be forfeited includes, but is not limited to, the following assets:

   a. a gray Porsche Panamera with VIN WP0AA2A7XBL012697, seized from 22 Faunce Road, Boston, MA on February 14, 2017; and

   b. a gray Acura ILX with VIN 19VDE1F51DE006357, seized from 22 Faunce Road, Boston, MA on February 14, 2017.

If any of the property described in the paragraph above, as a result of any act or omission of the defendants:

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third party;

   (c)   has been placed beyond the jurisdiction of the Court;

   (d)   has been substantially diminished in value; or

   (e)   has been commingled with other property which cannot be subdivided without difficulty,

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of property described in the preceding paragraph.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL,

*Denise Fassnacht*
Foreperson of the Grand Jury

*Theodore B. Heinrich*
Theodore B. Heinrich
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS            November 8, 2017

Returned into the District Court by the Grand Jurors and filed.

*Kellyann Moore*
Deputy Clerk
11/8/17 12:02pm