UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE CAMACHO<br>    Defendant | CRIMINAL No. 17-CR-10066-IT |

INFORMATION TO ESTABLISH PRIOR CONVICTION

Comes now the United States of America, by Andrew E. Lelling, United States Attorney, and Theodore B. Heinrich, Assistant United States Attorney, for the District of Massachusetts, to give notice that should Jose Camacho, a/k/a "Traga," a/k/a "Manuel Emilio LARA-PERRELLO," be convicted of a drug offense under this indictment, then the United States will seek enhanced penalties as provided under 21 U.S.C. §§ 851 and 841(b)(1)(B).

The defendant has been charged in Count One of the First Superseding Indictment with conspiracy to distribute and possess with intent to distribute more than 100 grams of heroin, fentanyl, and more than 500 grams of cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B).

On or about November 18, 2010, the defendant was convicted in United States District Court for the District of Massachusetts, of the offenses of conspiracy to possess with intent to distribute cocaine, and possession with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1). Each offense constitutes a "prior conviction for a felony drug offense" that became final before the defendant's commission of the offense charged in Count One of the First Superseding Indictment. 21 U.S.C. § 841(b)(1)(B).

Respectfully submitted,

ANDREW E. LELLING
United States Attorney


By: /s/ *Theodore B. Heinrich*
Theodore B. Heinrich
Assistant United States Attorney
617/748-3245


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

 /s/ *Theodore B. Heinrich*
Theodore B. Heinrich
Assistant United States Attorney


Date: March 12, 2018