IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSASHUSETS

**United States Of America**
**Plaintiff**

Vs.

CASE No.: 1: 17-CR-10066-IT

**Jose Camacho**
**Defendant**

## MOTION FOR SENTENCE REDUCTION

      Comes now the defendant **Jose Camacho,** Pro Se, to ask this honorable Court for a **Sentence Reduction** of two levels under **§18 U.S.C. 3582(c)(2) Amendment 782.**

Amendment 782 reduced the base offense levels assigned to specific drug quantities on the 2D1.1 Drug Quantity Table by two levels. U.S.S.G. App. C. Amend. 782 (Nov. 1, 2014) United States v. Lucas, 636 F. App'x 296, 297-98 (6th Cir. 2016).

The reduction resulted in a lower total offense level, effectively reducing the guideline sentencing range. At the same time, the Sentencing Commission made the amendment **Retroactive** through Amendment 788 (Nov. 1, 2015).

Respectfully submitted this 22 day of March 2019.

                                              *Jose Camacho*
                                                 Defendant